**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1956

ADAM K. PEARSON,

Plaintiff - Appellant,

v.

ROBINHOOD MARKETS, INC.; VLADIMIR TENEV; BAIJU BHATT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., Senior District Judge. (3:22-cv-00533-JAG)

Submitted: January 13, 2023                    Decided: February 2, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Adam K. Pearson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam K. Pearson appeals the district court's orders dismissing his complaint without prejudice and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(i), (ii). We have reviewed the record and find no reversible error. Accordingly, we affirm. *See Pearson v. Robinhood Mkts., Inc.*, No. 3:22-cv-00533-JAG (E.D. Va. Aug. 8, 2022; Aug. 9, 2022). We also deny Pearson's "Untitled Motion for Appropriate Relief." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*